BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General, Civil Division
BRIAN J. STRETCH
Acting United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ILA C. DEISS (NYS 3052909)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    Facsimile:  (415) 436-7169
    E-mail: Ila.Deiss@usdoj.gov

MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
DEREK M. ADAMS (MA 669495)
Attorneys, Civil Division
    Telephone: (202) 353-1079
    Facsimile:  (202) 305-7797
    E-mail: derek.m.adams@

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOSEPH AMICO,<br><br>Plaintiff and Relator,<br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK N.A.; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK MINNESOTA N.A.; WELLS FARGO HOME MORTGAGE INC.; WELLS FARGO VENTURES, LLC; WELLS FARGO SECURITIES; WELLS FARGO FINANCIAL SERVICES INC; WELLS FARGO FINANCIAL, INC.,<br><br>Defendants. | CASE NO.  C 15-1073 JSW<br><br>**UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL OF QUI TAM ACTION; AND [PROPOSED] ORDER** |

Consent to Dismissal; and [Proposed] Order
C15-01073 JSW      1

1. On November 17, 2015, the United States moved to dismiss Relator Joseph Amico's *qui tam* action under 31 U.S.C. § 3730(c)(2)(A) and 31 U.S.C. § 3730(e)(4), under seal and prior to service on Defendants, with a hearing date noticed for February 12, 2016.

2. On December 2, 2015, Relator filed a Notice of Voluntary Dismissal Without Prejudice under seal.

3. Pursuant to 31 U.S.C. § 3730(b)(1), the Government herein consents to dismissal of this *qui tam* action, reserving all of its rights under 31 U.S.C. § 3730 with respect to Relator. More specifically, to the extent Relator seeks to re-open this case, refile his *qui tam* action, or object to or demand a share of a settlement relating to the conduct or claims at issue in this matter, the United States reserves its right to renew or refile its pending motion to dismiss his claims with prejudice, or to challenge Relator's claim to seek a share, or take any other action it deems appropriate.

4. The Government requests that all sealed contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants except for the Complaint, the Notice of Voluntary Dismissal, the United States' Consent to Voluntary Dismissal of Qui Tam Action and this Order.

5. The Government asks that the hearing on the motion to dismiss be vacated.

COPIES MAILED TO SUBMITTING COUNSEL

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

BRIAN STRETCH
Acting United States Attorney

Dated: December 4, 2015        By: _____
                                   ILA DEISS
                                   Assistant United States Attorney

Dated: December 4, 2015        By: _____
                                   MICHAEL D. GRANSTON
                                   JAMIE A. YAVELBERG
                                   DEREK M. ADAMS
                                   Civil Division, Department of Justice
                                   Attorneys for the United States

**COPIES MAILED TO SUBMITTING COUNSEL**

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED:

1. This action is DISMISSED without prejudice as to Relator Joseph Amico and as to the United States.

2. The hearing on the United States' Motion to Dismiss is hereby vacated.

3. All sealed contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants except for the Complaint, the Notice of Voluntary Dismissal, the United States' Consent to Voluntary Dismissal of Qui Tam Action, and this Order which are hereby unsealed.

IT IS SO ORDERED.

Dated: DEC 0 7 2015

HONORABLE JEFFREY S. WHITE
United States District Judge

COPIES MAILED TO SUBMITTING COUNSEL

Consent to Dismissal; and [~~Proposed~~] Order
C15-01073 JSW                           4